371 A.2d 217

Commonwealth v. Kehl, Appellant.

Submitted February 23, 1976. Robert T. Gownley, Jr., Assistant Public Defender, for appellant; Charles F. Wilson, Assistant District Attorney, and Paul R. Mazzoni, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 230

Commonwealth v. Kirkpatrick, Appellant.

Submitted February 23, 1976. Roy Davis and Ernest Kardas Assistant Public Defenders, for appellant; Anna Iwachiw Vadino, Assistant District Attorney, and Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.